IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00664-STV

STICKY.IO, INC., a Delaware Corporation,

    Plaintiff,

v.

MARTINGALE SOFTWARE, LLC, a Colorado Limited Liability Company,
JONATHAN BISCHOFF, individually,
WALTER LONG, individually, and
LAURA WALLACE TURNER, individually,

    Defendants.

**PROPOSED ORDER ON MOTION TO DISMISS**

This matter is before me on Martingale Media, LLC d/b/a Martingale Software ("Martingale"), Jonathan Bishoff, Walter Long, and Laura Wallace Turner (collectively, "Defendants") Motion to Dismiss (Dkt. __).  The Court, having reviewed the motion, finds that good cause exists for an order granting the request.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed in its entirety.

Dated: _____

                                        By the Court:

                                        _____
                                        United States District Judge