**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 21-cv-00664-RM-STV

STICKY.IO, INC., a Delaware corporation,

    Plaintiff,

v.

MARTINGALE SOFTWARE, LLC, a Colorado limited liability company,
JONATHAN BISCHOFF,
WALTER LONG, and
LAURA WALLACE TURNER,

    Defendants.

---

## ORDER
---

Before the Court is Defendants' Supplement to Motion for Attorneys' Fees (ECF No. 83), which was filed in accordance with the Court's April 8, 2022 Order granting their Motion for Attorneys' Fees (ECF No. 54). The April 8 Order gave Plaintiff seven days to respond to any supplemental fee request. That deadline has passed without a response from Plaintiff.

Based on its review of Defendants' counsels' submissions, the Court finds and concludes that the hours expended and the hourly rates charged set forth in the Supplement are reasonable under the circumstances of this case. *See Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998).

Accordingly, the Court ORDERS that Defendants are awarded their attorney fees totaling $108,731.50 in this matter.

DATED this 5th day of May, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge